AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EDDIE T. RUFFIN,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

MCDONALD'S RESTAURANT,

Case Number: 1:07-cv-001014

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...The Court ADOPTS the Magistrate Judge's Report and Recommendation (doc. 19) in its entirety, and therefore, GRANTS Defendant's motion to dismiss (doc. 14), and DISMISSES this case from its docket. Further, the Court CERTIFIES than an appeal of this Order would not be taken in good faith and therefore, DENIES Plaintiff leave to appeal in forma pauperis. Plaintiff, a non-prisoner, remains free to apply to proceed in forma pauperis in the Court of Appeals.

| | |
|---|---|
| 11/20/2008 | JAMES BONINI, CLERK |
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |